UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-

CLINTON WILSON,

    Defendant.
                                      /

Case No. 04-80764
Hon: AVERN COHN

## ORDER DENYING DEFENDANT'S MOTION TO SUPPRESS

This is a criminal case. Defendant has filed a motion styled Motion to Suppress Evidence. The government has responded. The Court held an evidentiary hearing on April 18, 2005 and August 18, 2005. For the reasons stated on the record on August 18, 2005, the motion is DENIED.

SO ORDERED.

                                      s/ Avern Cohn
                                      **AVERN COHN**
                                      **UNITED STATES DISTRICT JUDGE**

Dated: August 19, 2005
        Detroit, Michigan

S:\LORI\Cases\Wilson\Suppress Order.wpd